WOO SHING v. FLUCKEY, United States Immigration Inspector.

(Circuit Court of Appeals, Sixth Circuit. March 12, 1918.)

No. 2882.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Ohio; John H. Clarke, Judge.

Petition by Woo Shing for writ of habeas corpus against J. Arthur Fluckey, United States Immigration Inspector. From an order denying the writ, petitioner appeals. Order reversed, and cause remanded, with instructions that petitioner be discharged from custody.

F. R. Marvin, of Cleveland, Ohio, for appellant.

E. S. Wertz, U. S. Atty., and Joseph C. Breitenstein, Asst. U. S. Atty., both of Cleveland, Ohio, for appellee.

Before KNAPPEN and DENISON, Circuit Judges, and HOLLISTER, District Judge.

PER CURIAM. The decision of this case having been continued until the Supreme Court should answer the questions certified to it by this court in the matter of United States v. Woo Jan (No. 3025) 250 Fed. 597, —— C. C. A. ——, and such questions having now been answered, as appears by the mandate of that court filed in this court in the matter of United States v. Woo Jan (No. 3025) 245 U. S. 552, 38 Sup. Ct. 207, 62 L. Ed. ——, from which mandate

it appears that the Department of Labor had no jurisdiction to issue the warrant under which Woo Shing was held:

Ordered, that the order of the District Court be reversed and vacated, and the cause be remanded, with instructions that Woo Shing be discharged from custody.